## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　PETER D WRAMBEL<br>　　　　Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1<br>　　　　Movant<br>v.<br>PETER D WRAMBEL<br>　　　　Debtor(s)<br>KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 21-10116-djb |

**MOTION FOR RELIEF FROM AUTOMATIC STAY WITH RESPECT TO PROPERTY: 428 E RODGERS ST, RIDLEY PARK, PA 19078-3511**

U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, through its Counsel, Stern & Eisenberg PC, respectfully requests the Court grant its Motion for Relief and in support thereof respectfully represents as follows:

1. Movant is U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 (hereafter referred to as "Movant").

2. Debtor(s), Peter D Wrambel (hereinafter, "Debtor(s)"), is/are, upon information and belief, adult individual(s) whose last-known address is 428 E Rodgers St, Ridley Park, PA 19078-3511.

3. On August 18, 2008, Peter D Wrambel, executed and delivered a Note in the principal sum of $97,000.00 to Countrywide Bank, FSB.  A copy of the Note is attached as Exhibit "A" and is hereby incorporated by reference.

4. As security for the repayment of the Note, Peter D Wrambel, executed and delivered a Mortgage to CountryWide Bank, FSB.  The Mortgage was duly recorded in the Office of the Recorder of Deeds in and for Delaware County on August 29, 2008 in Book 04423, Page 2050 and/or Instrument n/a.  A copy of the Mortgage is attached as Exhibit "B" and is hereby incorporated by reference.

5. The Mortgage encumbers Debtor's real property located at 428 E Rodgers St, Ridley Park, PA 19078-3511.

6. By assignment of mortgage, the loan was ultimately assigned to U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1.  A true and correct copy of the assignment is attached as Exhibit "C" and is hereby incorporated by reference.

7. Debtor(s) filed the instant Chapter 13 Bankruptcy on January 17, 2021 and, as a result, any state court proceedings were stayed.

8. It is believed and therefore averred that Debtor(s) filed the instant bankruptcy as an additional delay in order to prevent Movant from proceeding with the state court proceedings or otherwise institute proceedings as allowed under the Mortgage.

9. Debtor's mortgage loan is in default and is currently due for the February 1, 2024 payment and each subsequent payment through the date of the motion.  Debtor(s) has/have failed to make the following post-petition payments to Movant:

**POST-PETITION PAYMENTS IN DEFAULT**

| | |
|---|---|
| Monthly Payments in Default........................ | 02/01/2024 to  03/01/2024 |
| Monthly payments ($993.74 x 2) | $1,987.48 |
| Monthly Payments in Default........................ | 04/01/2024 to 01/01/2025 |
| Monthly payments ($1,019.85 x 10) | $10,198.50 |
| Monthly Payments in Default........................ | 02/01/2025 to 04/01/2025 |
| Monthly payments ($1,177.42 x 3) | $3,532.26 |
| Suspense Balance:........................ | $675.99 |
| Total Amounts Due as of April 21, 2025: | $15,042.25 |

10. In addition, Movant will incur counsel fees and costs in association with Debtor's default and this motion.

11. As a result of the Debtor's default and failure to make payments or to otherwise adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

12. As of April 21, 2025, the Unpaid Principal Balance of the loan is $82,352.23.

13. Further, the Debtor's Schedule D indicates a valuation of the property in the amount of $166,000.00, with Movant's first lien against the property in the amount of $119,534.71.  Accordingly, there is little to no equity in the Property and the property is not necessary for an effective reorganization.  A copy of the Debtor's Schedule D is attached as Exhibit "D" and incorporated herein by reference.

14. NewRez LLC d/b/a Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Allonge to the Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

15. Debtor or Debtor's Counsel is encouraged to contact Shellpoint Mortgage Servicing to discuss potential loss mitigation options, if the debtor(s) is experiencing hardship resulting in the COVID-19. Please call 866-825-2174 for assistance Monday-Friday 9am to 8pm EST.

16. To the extent the Court does not find that relief is appropriate, then Movant requests that the stay be conditioned such that in the event the Debtor(s) fall(s) behind on post-petition payments or trustee payments that Movant may receive relief upon default by the Debtor(s) of the terms of the conditional order.

17. Movant requests that the stay of Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 from the automatic stay as set forth in the proposed order together with waiver of Bankruptcy Rule 4001(a)(3).

Respectfully Submitted:

Stern & Eisenberg, PC

*By: /s/ Daniel P. Jones*
Daniel P. Jones
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Date: May 16, 2025                Email: djones@sterneisenberg.com