**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>　　PETER D WRAMBEL<br>　　　　Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1<br>　　　　Movant<br>v.<br>PETER D WRAMBEL<br>　　　　Debtor(s)<br>KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 21-10116-djb |

**MOTION FOR RECONSIDERATION OF ORDER OF COURT DATED JUNE 20, 2025**

　　U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 ("*Creditor*"), through its Counsel, Stern & Eisenberg PC, respectfully requests the Court grant its Motion to Reconsider Order of Court dated June 20, 2024, and in support thereof respectfully represents as follows:

1. On May 16, 2025, Creditor filed a Motion for Relief which was scheduled to be heard on June 18, 2025 at 11:00 AM. *See* Docs 85-86.

2. On June 16, 2025, Creditor filed a Certificate of No Response. *See* Doc. 87.

3. The subject Motion for Relief was not prosecuted consist with this Honorable Court's Judicial Practices and Procedures.

4. Under Federal Rule of Bankruptcy Procedure 9024 and Federal Rule of Civil Procedure 60, a party may request relief from a final Order for any reason that justifies relief. *See* F.R.B.P. 60(b)(6).

5. If given an opportunity to be re-heard on this matter, the undersigned will ensure that the subject Motion, and others, are prosecuted consistently with the Court's procedures.

　　WHEREFORE, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, respectfully requests this Honorable Court to vacate the Order of Court entered on June 20, 2025 (Doc. 88), and that the hearing on the underlying Motion for Relief be adjourned as the Court's schedule may allow.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted:
　　　　　　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC

Date: June 20, 2025　　　　　　　　　　　　*By: /s/ Daniel P. Jones*
　　　　　　　　　　　　　　　　　　　　　　Daniel P. Jones (321876)
　　　　　　　　　　　　　　　　　　　　　　Email: djones@sterneisenberg.com